**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DARRYL JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case: 1:23-cv-05141** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UJAMAA** | ) | |
| | ) | |
| **CONSTRUCTION INC.,** | ) | |
| | ) | |
| **& JIMMYAKINTONDE** | ) | |
| | ) | |
| **INDIVIDUALLY,** | ) | |
| | ) | |
| **Defendants.** | | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated between Plaintiff, Darryl Jackson, and Defendant, UJAMAA Construction, Inc., & Jimmy Akintonde  Individually, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate and without admission of liability by either defendant. Each party shall bear its or his own attorney's fees, costs and expenses.

Dated this 2nd day of October, 2023.

AGREED TO BY:

| | |
|---|---|
| **Darryl Jackson** | **UJAMAA Construction, Inc. & Jimmy Akintonde, Individual** |
| /s/ *Nathan C. Volheim* | |
| Nathan C. Volheim, Esq. | /s/ *James R. Glenn* |
| Sulaiman Law Group, Ltd. | James R. Glenn, Esq. |
| 2500 S. Highland Avenue, Suite 200 | Chico & Nunes, P.C. |
| Lombard, IL 60148 | 333 West Wacker Drive, Ste. 1420 |
| Phone (630) 575-8181 ext. 113 | Chicago, IL 60606 |
| nvolheim@sulaimanlaw.com | Phone:  (312) 463-1000 |
| *Counsel for Plaintiff* | |

1

JGlenn@chiconunes.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October, 2023, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

/s/ ***Nathan C. Volheim***
Nathan C. Volheim, Esq.